IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:18-cv-22503

SREAM, INC. a California Corporation, and
ROOR INTERNATIONAL BV, a Foreign
Corporation

        Plaintiffs,

v.

NAFI TRADING CORP. d/b/a KWIK STOP FOOD STORE, a Florida Corporation, MD YUSUF ALI, an individual, and MD SHAHIDUL ISLAM, an individual

        Defendant.
_____/

## NOTICE OF SETTLEMENT OF CLAIMS

Plaintiffs, SREAM, INC. and ROOR INTERNATIONAL BV, respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs, SREAM, INC. and ROOR INTERNATIONAL BV, have reached a confidential agreement with Defendants', NAFI TRADING CORP. d/b/a KWIK STOP FOOD STORE, a Florida Corporation, MD YUSUF ALI, an individual, and MD SHAHIDUL ISLAM, an individual, to resolve the claims against the Defendant.

2. The parties have finalized all terms of the confidential settlement agreement and the Plaintiff will be filing a Notice of Dismissal with the Court once all terms have been met.

Dated: December 4, 2018								Respectfully submitted,


										/s/ Jamie Alan Sasson____
										Jamie Alan Sasson
										Florida Bar No.: 10802
										Serv513@LegalBrains.com
										Serv555@LegalBrains.com
										**THE TICKTIN LAW GROUP, PLLC.**
										270 SW Natura Avenue
										Deerfield Beach, Florida 33441-1610
										Telephone: (954) 570-6757
										Facsimile: (954) 570-6760


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 4th day of December, 2018, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

										/s/ Jamie Alan Sasson_____
											Jamie Alan Sasson

## **SERVICE LIST**

Jamie Alan Sasson
**THE TICKTIN LAW GROUP, PLLC.**
Serv555@LegalBrains.com
Serv513@LegalBrains.com
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757
Facsimile: (954) 570-6760
Counsel for the Plaintiff


Divya Khullar, Esq.
**KHULLAR, P.A.**
4786 W. Commercial Blvd.
Tamarac, Florida 33319
Phone: (954) 642-2308
Fax: (754) 999-7057
notices@khullarlaw.com
*Attorney for Defendants*